1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    MATHEW FREISTEDT,                              1:13-cv-00162-GSA (PC)

10              Plaintiff,                          ORDER TO SUBMIT APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
11         vs.                                      OR PAY FILING FEE WITHIN 45 DAYS

12   DR. SMITH,

13              Defendant.
                                              /
14   _____

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

23   submit a certified copy of his/her prison trust statement for the six month period immediately

24   preceding the filing of the complaint.

25        **Failure to comply with this order will result in dismissal of this action.**

26        IT IS SO ORDERED.

27     Dated:   **February 14, 2013**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE
28